AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 24-mj-28 | Date and time warrant executed: 3/26/2024 | Copy of warrant and inventory left with: Portal/Meta Platforms Inc. |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: 531 Kb of data   CAH  Served Virtually | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/3/2024

*Executing officer's signature*

Special Agent Chandler Hudspeth, FBI
*Printed name and title*